WATTERS *v.* HERTZ *et al.*

FISH, C. J.   There was no abuse of discretion in refusing to grant an inter-
locutory injunction.        *Judgment affirmed.   All the Justices concur.*

FEBRUARY 22, 1911.

. Petition for injunction.   Before Judge Edwards.   Floyd superior
court.   April 5, 1910.

*Dean & Dean* and *Nathan Harris,* for plaintiff in error.

*Maddox & Doyal* and *George A. H. Harris & Son,* contra.